**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**WILLIE J. MANNING (# 71931)**                                    **PLAINTIFF**

**v.**                                                                    **No. 4:09CV49-A-A**

**CHRISTOPHER EPPS, ET AL.**                                    **DEFENDANTS**


**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case

is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be

granted, counting as a "strike" under  28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).


**SO ORDERED,** this the ___15th___ day of June, 2009.


                                                    __/s/ Sharion Aycock_____
                                                    **U. S. DISTRICT JUDGE**